1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    MARIO B. GONZALEZ,                    1:08-cv-00391-AWI-SMS (PC)

10            Plaintiff,                   ORDER TO SUBMIT APPLICATION
                                           TO PROCEED IN FORMA PAUPERIS
11       vs.                               **OR**  PAY FILING FEE WITHIN 45 DAYS

12   DARREL G. ADAMS, et al.,

13            Defendants.
     _____/

14

15          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

16   1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17   pauperis pursuant to 28 U.S.C. § 1915.

18          Accordingly, IT IS HEREBY ORDERED that:

19          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

20   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

21   the $350.00 filing fee for this action.  **No requests for extension will be granted**.  Within sixty (60)

22   days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust

23   statement for the six month period immediately preceding the filing of the complaint.

24          **Failure to comply with this order will result in a recommendation that this action be**

25   **dismissed.**

26   IT IS SO ORDERED.

27   **Dated:    March 27, 2008**            _____/s/ Sandra M. Snyder_____
                                            UNITED STATES MAGISTRATE JUDGE

28